IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY A. MARLON** | : | **CIVIL ACTION NO. 1:13-CV-2375** |
| | : | |
| Petitioner | : | (JUDGE KANE) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| **ERIC HOLDER, et al.** | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the Court in the captioned action is a February 28, 2014 Report and Recommendation of the Magistrate Judge. Objections were due on March 17, 2014. On March 7, 2014, the Report and Recommendation was returned as Undeliverable as Addressed. The Report and Recommendation was re-mailed to Petitioner with a new prisoner number. To date, the mail as not been returned and no timely objections have been filed. **ACCORDINGLY**, on this 1st day of April 2014, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

    1)  The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

    2)   Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED.**

    3)   Petitioner's Motion for an Extension of Time to file his Traverse and for a copy of Respondents' Response (Doc. No. 15) is **DENIED AS MOOT**. Petitioner's Motion for Reconsideration to Compel/or to Proceed on the Petitioner's habeas Corpus (Doc No. 19) is **DENIED AS MOOT**.

4.  The Clerk of Court shall close the file.

                                                                s/ Yvette Kane
                                                                YVETTE KANE, Judge
                                                                United States District Court
                                                                Middle District of Pennsylvania